JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Ashley Porter, etc., | ) SACV 18-01050 JVS (KESx) |
|---|---|
| Plaintiff, | ) ORDER OF DISMISSAL UPON |
| v. | ) SETTLEMENT OF CASE |
| AWA Collections, et al., | ) |
| Defendant(s). | ) |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: November 5, 2018

_____
James V. Selna
United States District Judge